IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


JEREMY ALAN JONES                                        PETITIONER


vs.                    Civil Case No. 2:05CV00047 HLJ


LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                             RESPONDENT


<u>ORDER</u>

The court granted Petitioner until August 8, 2005, to reply to Respondent's Response to his Motion for Contempt, but Petitioner has not filed a reply.   The parties are directed to inform the court within fifteen days of the status of this motion.   If Petitioner fails to respond to this Order within fifteen days, the court will presume he is no longer interested in pursuing this matter and will deny his motion.

SO ORDERED this 9th day of August, 2005.



_Henry L. Jones, Jr._
United States Magistrate Judge